UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST NATIONAL INSURANCE COMPANY,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>CUTTING EDGE GRADING INC,<br><br>　　　　Defendant(s).<br>_____/ | No. C-12-01928 DMR<br><br>**ORDER VACATING INITIAL CASE MANAGEMENT CONFERENCE AND SETTING DEADLINE TO FILE MOTION FOR DEFAULT JUDGMENT** |

TO ALL PARTIES AND COUNSEL OF RECORD:

　　Default having been entered against Defendants on May 25, 2012, the Initial Case Management Conference previously scheduled for **August 1, 2012** is VACATED. Plaintiff must notice and file a motion for default judgment by no later than August 31, 2012.

　　Plaintiff is instructed to file a consent or declination to proceed before a United States Magistrate Judge by no later than July 25, 2012.

　　Immediately upon receipt of this Order, Plaintiff shall serve Defendants with a copy of this Order and file a proof of service with the court.

　　IT IS SO ORDERED.

Dated: July 13, 2012

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DONNA M. RYU
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge