James D. Curran, Esq.  (SBN 126586)
WOLKIN · CURRAN, LLP
555 Montgomery Street, Suite 1100
San Francisco, California  94111
Telephone:     (415) 982-9390
Facsimile:      (415) 982-4328
E-mail:         JCurran@WolkinCurran.com

Attorneys for Plaintiff
FIRST NATIONAL INSURANCE
COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>CUTTING EDGE GRADING, INC., a California corporation; LOU'S RENTAL, a sole proprietorship; and BILLY JOE TAYLOR, an individual,<br><br>Defendants. | Case No. C12-01928 DMR<br><br>**NOTICE OF BANKRUPTCY FILING BY DEFENDANT CUTTING EDGE GRADING, INC.**<br><br><br>Judge: Hon. Donna M. Ryu<br>Courtroom: 4, Third Floor |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that on July 18, 2012 Defendant Cutting Edge Grading, Inc. filed a Voluntary Petition in United States Bankruptcy Court, Southern District of California, Case Nos. 12-09931-PB7.

1.

1     A true and correct copy of the Voluntary Petition is attached hereto as **Exhibit "A."**

2

3

4     Dated:      July 26, 2010                    WOLKIN • CURRAN, LLP

5                                                          */s/ James D. Curran*
                                          By:   _____
6                                                        JAMES D. CURRAN

7                                    Attorneys for Plaintiff,
                                     FIRST NATIONAL INSURANCE COMPANY
8                                    OF AMERICA

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF BANKRUPTCY.                                      CASE NO. C12-01928 DMR

**EXHIBIT A**

B1 (Official Form 1) (12/11)

| United States Bankruptcy Court<br>Southern District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cutting Edge Grading, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):   **33-0704233** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**3529 Cannon Rd. #213-141**<br>**Oceanside, CA**<br>ZIPCODE **92056** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**San Diego** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |

| Location of Principal Assets of Business Debtor (if different from street address above):<br>**3529 Cannon Rd. #213-141, Oceanside, CA**   ZIPCODE **92059** |
|---|

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11<br>U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☑ Chapter 7        ☐ Chapter 15 Petition for<br>☐ Chapter 9             Recognition of a Foreign<br>☐ Chapter 11           Main Proceeding<br>☐ Chapter 12        ☐ Chapter 15 Petition for<br>☐ Chapter 13           Recognition of a Foreign<br>                               Nonmain Proceeding |

| Chapter 15 Debtor | Tax-Exempt Entity | Nature of Debts |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by,<br>regarding, or against debtor is pending: | (Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under<br>Title 26 of the United States Code (the<br>Internal Revenue Code). | ☐ Debts are primarily consumer<br>debts, defined in 11 U.S.C.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose."     ☑ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals<br>only). Must attach signed application for the court's<br>consideration certifying that the debtor is unable to pay fee<br>except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals<br>only). Must attach signed application for the court's<br>consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less<br>than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in<br>accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001 to<br>$100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001 to<br>$100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*First National Insurance Company v. Cutting Edge Grading, Inc.*
U.S.D.C., N.D., Oakland Div., Case No.: CV 12-01928-DMR

## CERTIFICATE OF SERVICE

I, Virginia Simmons, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action. I am employed at the law firm of WOLKIN · CURRAN, LLP, 555 Montgomery Street, Suite 1100, San Francisco, California 94111.

On July 26, 2012, I served the following document: **NOTICE OF BANKRUPTCY FILING BY DEFENDANT CUTTING EDGE GRADING, INC.** on the interested parties in said action, by placing a true copy thereof in (a) sealed envelope(s) or package(s), with delivery fees or postage fully prepaid, addressed as follows:

| | |
|---|---|
| Billy Joe Taylor<br>3132 Tiger Run Court, Suite 114<br>Carlsbad, California 92010 | Cutting Edge Grading, Inc.<br>71844 Kelsey Road<br>Twenty-Nine Palms, California 92277 |
| Billy Joe Taylor<br>730 Breeze Hill, Suite 250<br>Vista, California 92081 | Cutting Edge Grading, Inc.<br>3132 Tiger Run Court, Suite 114<br>Carlsbad, California 92010 |
| Billy Joe Taylor<br>1506 Ridge Road<br>Vista, California 92081 | Cutting Edge Grading, Inc.<br>1506 Ridge Road<br>Vista, California 92081 |
| Billy Joe Taylor<br>71844 Kelsey Road<br>Twenty-Nine Palms, California 92277 | Cutting Edge Grading, Inc.<br>730 Breeze Hill, Suite 250<br>Vista, California 92081 |
| Lou's Rental<br>71844 Kelsey Road<br>Twenty-Nine Palms, California 92277 | Lou's Rental<br>1506 Ridge Road<br>Vista, California 92081 |
| Lou's Rental<br>3132 Tiger Run Court, Suite 114<br>Carlsbad, California 92010 | Lou's Rental<br>730 Breeze Hill, Suite 250<br>Vista, California 92081 |

and served the named document in the manner(s) indicated below:

///

///

///

1.

1

__X__   **BY MAIL:** I placed true and correct copy(ies) of the above named document(s) in sealed envelope(s) or

2       package(s), with postage fully prepaid, addressed to the addressee(s) listed above or on the attached service list on
        whom service is to be made.  I served the above named documents document(s) by placing the envelope or package
        for collection and mailing following our ordinary business practices.  I am readily familiar with this business's

3       practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed
        for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.
        The above-named document(s) being served by mail bore a notation of the date and place of mailing and a signed

4       copy of this affidavit or certificate of mailing accompanied the above named document(s).

5          I declare under penalty of perjury under the laws of the State of California that the

6   foregoing is true and correct and that I am employed in the office of a member of the bar of

7   this court at whose direction the service was made.  Executed on July 26, 2012 at San

8   Francisco, California.

9

10                                                          Virginia Simmons

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2.