James D. Curran, Esq. (SBN 126586)
WOLKIN · CURRAN, LLP
555 Montgomery Street, Suite 1100
San Francisco, California  94111
Telephone:    (415) 982-9390
Facsimile:     (415) 982-4328
E-mail:         JCurran@WolkinCurran.com

Attorneys for Plaintiff
FIRST NATIONAL INSURANCE
COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>CUTTING EDGE GRADING, INC., a California corporation; LOU'S RENTAL, a sole proprietorship; and BILLY JOE TAYLOR, an individual,<br><br>            Defendants. | Case No. C12-01928 DMR<br><br>**STATEMENT OF PLAINTIFF FIRST NATIONAL INSURANCE COMPANY OF AMERICA RE:  ORDER VACATING INITIAL CASE MANAGEMENT CONFERENCE AND SETTING DEADLINE TO FILE MOTION FOR DEFAULT JUDGMENT**<br><br>Judge: Hon. Donna M. Ryu<br>Courtroom:    4; Third Floor |

   Plaintiff FIRST NATIONAL INSURANCE COMPANY OF AMERICA ("**First National**") provides the following statement concerning the Court's request for a "Motion for Default Judgment By No Later than August 31, 2012."

   First National is unable to comply with the Court's Order (Document 11) instructing First National to "notice and file a motion for Default Judgment by no later than August 31, 2012." All defendants recently filed for bankruptcy. (See Documents 12 and 13). The

1.

STATEMENT OF PLAINTIFF FIRST NATIONAL RE: ORDER VACATING
INITIAL CASE MAANGEMENT CONFERNCE AND SETTING DEADLINE
TO FILE MOTION FOR DEFAULT JUDGMENT

CASE NO. C12-01928 DMR

protections provided by the United States Code Section 362, including but not limited to those pertaining to the "automatic stay" of any actions against a bankruptcy debtor, prohibit First National from filing a notice or motion for default judgment against any of the defendants in this action at this time.

Respectfully submitted.

Dated: July 30, 2012                    WOLKIN • CURRAN, LLP

                                        By:  /s/ James D. Curran
                                             James D. Curran

                                        Attorneys for Plaintiff
                                        FIRST NATIONAL INSURANCE COMPANY OF AMERICA

*First National Insurance Company v. Cutting Edge Grading, Inc.*
U.S.D.C., N.D., Oakland Div., Case No.: CV 12-01928-DMR

## CERTIFICATE OF SERVICE

I, Virginia Simmons, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action. I am employed at the law firm of WOLKIN · CURRAN, LLP, 555 Montgomery Street, Suite 1100, San Francisco, California 94111.

On July 30, 2012, I served the following document: **STATEMENT OF PLAINTIFF FIRST NATIONAL INSURANCE COMPANY OF AMERICA RE: ORDER VACATING INITIAL CASE MANAGEMENT CONFERENCE AND SETTING DEADLINE TO FILE MOTION FOR DEFAULT JUDGMENT** on the interested parties in said action, by placing a true copy thereof in (a) sealed envelope(s) or package(s), with delivery fees or postage fully prepaid, addressed as follows:

| | |
|---|---|
| Billy Joe Taylor<br>3132 Tiger Run Court, Suite 114<br>Carlsbad, California  92010 | Cutting Edge Grading, Inc.<br>71844 Kelsey Road<br>Twenty-Nine Palms, California  92277 |
| Billy Joe Taylor<br>730 Breeze Hill, Suite 250<br>Vista, California  92081 | Cutting Edge Grading, Inc.<br>3132 Tiger Run Court, Suite 114<br>Carlsbad, California  92010 |
| Billy Joe Taylor<br>1506 Ridge Road<br>Vista, California  92081 | Cutting Edge Grading, Inc.<br>1506 Ridge Road<br>Vista, California  92081 |
| Billy Joe Taylor<br>71844 Kelsey Road<br>Twenty-Nine Palms, California  92277 | Cutting Edge Grading, Inc.<br>730 Breeze Hill, Suite 250<br>Vista, California  92081 |
| Lou's Rental<br>71844 Kelsey Road<br>Twenty-Nine Palms, California  92277 | Lou's Rental<br>1506 Ridge Road<br>Vista, California  92081 |
| Lou's Rental<br>3132 Tiger Run Court, Suite 114<br>Carlsbad, California  92010 | Lou's Rental<br>730 Breeze Hill, Suite 250<br>Vista, California  92081 |

and served the named document in the manner(s) indicated below:

1.

CERTIFICATE OF SERVICE                                               CASE NO. C12-01928 DMR

| | |
|---|---|
| 1 | X **BY MAIL:** I placed true and correct copy(ies) of the above named document(s) in sealed envelope(s) or package(s), with postage fully prepaid, addressed to the addressee(s) listed above or on the attached service list on whom service is to be made. I served the above named documents document(s) by placing the envelope or package for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service. The above-named document(s) being served by mail bore a notation of the date and place of mailing and a signed copy of this affidavit or certificate of mailing accompanied the above named document(s). |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on July 30, 2012 at San Francisco, California.

_____
Virginia Simmons

2.

CERTIFICATE OF SERVICE                                    CASE NO. C12-01928 DMR