IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST NATIONAL INSURANCE COMPANY, | No. C 12-01928 SI |
| Plaintiff, | **ORDER** |
| v. | |
| CUTTING EDGE GRADING INC, | |
| Defendant. / | |

The Court has reviewed the Notice of Bankruptcy indicating that all defendants in this case have now filed for bankruptcy protection.

THEREFORE IT IS HEREBY ORDERED this case shall be stayed and statistically closed due to the pending bankruptcy proceeding.

Dated: 8/9/12

SUSAN ILLSTON
United States District Judge